**98–1475. State v. Hartman.**

Summit C.P. No. CR97091987. This cause is pending before the court as an appeal from the Court of Common Pleas of Summit County. Upon consideration of appellant's motion for extension of time for transmission of record,

IT IS ORDERED by the court that the motion for extension of time for transmission of the record be, and hereby is, granted, and the time for transmitting the record is extended to November 23, 1998. No further extensions will be granted.

**98–1970. State v. Tibbetts.**

Hamilton C.P. B9708596. This cause is pending before the court as an appeal from the Court of Common Pleas of Hamilton County. Upon consideration of appellant's motion for stay of execution pending final disposition in this court,

IT IS ORDERED by the court that the motion for stay of execution be, and hereby is, granted.

*Wednesday, October 7, 1998*

## MERIT DOCKET

**98–1397. State ex rel. Diagnostic & Behavioral Health Serv., Inc. v. Felton.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would grant an alternative writ.